UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JERMELL RASHADD WARREN,

              Plaintiff,

    v.

SHERRY RAY, *et al.*,

              Defendants.

Case No. C20-6136-JLR-MLP

REPORT AND RECOMMENDATION

This is a civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff Jermell Rashadd Warren was previously incarcerated at the Washington State Penitentiary in Walla Walla, Washington. Plaintiff, who is proceeding *pro se* and *in forma pauperis*, filed a proposed civil rights complaint pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights by several individuals and entities throughout the imposition of his July 27, 2017 drug offender sentencing alternative plea agreement with the Pierce County Prosecutor's Office. (Dkt. # 5 at 6.) In total, Plaintiff identified thirty-four Defendants throughout his complaint. (*See id.* at 3-5.)

On December 14, 2020, this Court declined to serve Plaintiff's complaint due to several deficiencies, granted him leave to amend his complaint within 30 days of the Court's Order, and advised him that failure to file an amended pleading would result in a recommendation that this

REPORT AND RECOMMENDATION - 1

1  action be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). (Dkt. # 8.) On January 6, 2021, the
2  Court granted Plaintiff a 90-day extension of time to allow him to file an amended complaint.
3  (Dkt. ## 9-10.) On April 6, 2021, the Court granted Plaintiff an additional 30-day extension of
4  time to file his amended complaint. (Dkt. ## 12, 14.)
5       To date, Plaintiff has failed to file an amended complaint correcting the deficiencies
6  identified in the Court's previous Order. It therefore appears Plaintiff has elected not to proceed
7  with this action. When a complaint is frivolous, malicious, fails to state a claim on which relief
8  may be granted, or seeks monetary relief against a defendant who is immune from such relief,
9  the Court may dismiss an *in forma pauperis* complaint before service of process under 28 U.S.C.
10 § 1915(e)(2)(B). Because Plaintiff failed to state any viable claim for relief in his original
11 pleadings, and because he has not filed an amended complaint correcting the deficiencies
12 identified by the Court, this action must be dismissed.
13      Accordingly, the Court recommends that Plaintiff's complaint (dkt. # 5) and this action
14 be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). A proposed Order
15 accompanies this Report and Recommendation.
16      Objections to this Report and Recommendation, if any, should be filed with the Clerk and
17 served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report
18 and Recommendation is signed. Failure to file objections within the specified time may affect
19 your right to appeal. Objections should be noted for consideration on the District Judge's
20 motions calendar for the third Friday after they are filed. Responses to objections may be filed
21 within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter
22 will be ready for consideration by the District Judge on **June 4, 2021**.
23

The Clerk is directed to send copies of this Report and Recommendation to Plaintiff and to the Honorable James L. Robart.

Dated this 11th day of May, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3